IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Case No: 4:16cr3-MW

vs.

JARED C. GALLUB

______________________________/

STATEMENT OF FACTS

The defendant admits that if this case were to proceed to trial, the government could prove the following beyond a reasonable doubt.

On August 14, 2015, the Leon County Sheriff's Office Internet Crimes Against Children (ICAC) unit was conducting an investigation of available peer-to-peer (P2P) downloads. The ICAC unit found approximately 85 files containing suspected child pornography on a computer with the IP address of 73.48.106.197. The unit was unable to successfully download any of the files on August 14, 2015, but the files' SHA-1 values matched previously identified child pornography file values. Follow up investigation revealed that the Florida Department of Law Enforcement (FDLE) had also become aware of 73.48.106.197, and had successfully downloaded a file containing child pornography depicting a prepubescent boy from that IP address on August 21, 2015. The file downloaded

FILED IN OPEN COURT THIS
3/8/16
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

by the FDLE from the suspect computer at IP 73.48.106.197 is described as follows:

**FILE NAME:** pedo very young boy naked with a boner pedo kdv pthc preteen boy little cute sex fuck sweetr@ygold Fennerbache love lol.jpg

**SHA1-Base 32 HASH:** 5FZTAAG6EQNOH2NSFU3IUWTR3RTKKQHZ

**DESCRIPTION:** This file is an image file depicting a prepubescent white male lying on a bed fully nude with his legs spread and exposing his erect penis in a lewd manner.

ICAC investigators learned that IP address 73.48.106.197 was being issued by Comcast. On August 27, 2015, investigators obtained a State of Florida subpoena for information on IP address 73.48.106.197. The information obtained from the subpoena indicated that on August 14, 2015, the IP address was assigned to the defendant at his residence in Tallahassee, Florida.

ICAC investigators checked with the Leon County Property Appraiser database and the City of Tallahassee Utilities, and confirmed that the defendant was associated with the address given by Comcast in both databases. On September 9, 2015, ICAC investigators obtained a State of Florida search warrant for the defendant's residence in Tallahassee, Florida.

The search warrant was executed on September 10, 2015. During the search warrant, ICAC investigators encountered the defendant and two other persons living at the defendant's residence. All three were interviewed. The other

individuals indicated that they were unaware of the child pornography downloads. The defendant, however, admitted to downloading and viewing child pornography.

The interview of the defendant was conducted in a Leon County Sheriff's Office vehicle outside of his home, and it was audio recorded. The defendant was told that he was not under arrest and he was, in fact, not arrested after the interview. He was read his *Miranda* rights which he waived. During the interview, the defendant admitted that he used the Shareaza peer-to-peer program on an Origin laptop to search for and view child pornography images. The defendant claimed he deleted the images and uninstalled the file sharing software after viewing the files. He indicated that some of the images were of young boys around the ages of 13 or 14. He admitted that he had been doing this for several months, and that during a recent download session he had downloaded fewer than 100 files. The defendant also admitted that he had always been interested in child pornography. The defendant claimed that the other two persons in the house were not involved.

During the search warrant, officers seized an Origin Laptop Model X8100. Because of the configuration of the Origin laptop's hard drives, they could not be imaged on the scene. Instead, the laptop was brought back to the Leon County Sheriff's Office where a full forensic examination was conducted. The exam

revealed numerous images of child pornography located in the thumbnail folders, the Shareaza pending downloads folder, and the recycle bin. The files in the thumbnail folder contained smaller images of files that were previously downloaded and deleted. They showed numerous child pornography images, including child pornography images of children under 12 years of age, and child pornography images of nude boys in bondage. Some of the files in pending downloads folder were viewable and contained child pornography. There were also images recovered from the recycle bin. Of the files recovered, 332 images and 17 videos were sent to the National Center for Missing and Exploited Children for identification of the victims.

Among the files located on the defendant's Origin laptop were-

Name: Preview of bibcam - 12yo and 14yo boys blow and fuck for a long time. HiRes. Gay, Pedo, Preteen, PJK..mpg (deleted)
Type: mpg
Created: 09/04/2015 07:10:34 -4
Modified: 09/04/2015 07:11:30 -4
Record changed: 09/04/2015 07:11:30 -4
Accessed: 09/04/2015 07:11:30 -4
Hash:15EDEDCFC535712C3B37F11E81F32F74
Path: \Users\Jared\AppData\Local\Shareaza\Incomplete
Description: This still image from a video depicts two pre-pubescent male children lying nude on a bed. Both male children appear to be naked; however one child has his penis exposed while the other attempts to kiss him.

Name: $RY2BCFI.jpg (deleted)
Type: jpg
Created: 08/28/2015 09:45:18.2 -4

Modified: 08/28/2015 09:45:22.4 -4
Record changed: 08/28/2015 10:18:26.9 -4
Accessed: 08/28/2015 09:45:18.2 -4
Hash: 5D2E3077A02D93234A1EECCEB654F328
Path: \$Recycle.Bin\S-1-5-21-2724507543-543387170-2405921461-1000
Owner: Jared S-1-5-21-2724507543-543387170-2405921461-1000
Description: This image was located in the recycle bin. The image depicts a nude pubescent male child standing/posing in front of the camera with his penis exposed in a lewd manner.

Name: 20E685A878EB3778
Type: jpg
Hash: CFEDE0054FC8355DB77CC46E6B8B329A
Path:\Users\Jared\AppData\Local\Microsoft\Windows\Explorer\thumbcache_256.db
Description: This image file was located in thumbcache_256.db. The image depicts what appears to be a magazine cover titled "BOYFUCK Sex With Kids". The cover has two picture images, one of which appears to be a pubescent male child exposing his penis and anus and the other image appears to be a pubescent male child engaged in anal sex with an adult male. The adult male's penis is exposed as well as the male child's. The adult male can be seen penetrating the child's anus.

Name: 3CFAE1541A797B4B
Type: jpg
Hash: 81322385864ED7FABA5CC95CA3DA5C94
Path:\Users\Jared\AppData\Local\Microsoft\Windows\Explorer\thumbcache_256.db
Description: This image file was located in thumbcache_256.db. The image depicts two pre-pubescent male children engaged in anal sexual intercourse. One male child has his penis exposed while the other male child is lying face down on the ground with his exposed buttocks in the air.

Name: 8334E0D58159B9C
Type: bmp
Path:\Users\Jared\AppData\Local\Microsoft\Windows\Explorer\thumbcache_96.db
Description: This image was located in thumbcache_96.db. The image depicts two children, a male child and a female child. Both the male child and the female child

are nude and the female child is grabbing the penis of the male child. Both children appear to be pre-pubescent and under the age of 12.

Each time the defendant reinstalled the Shareaza program after using it to download child pornography (and uninstalling it), the program would create a new Global Unique Identification (GUID) number to identify the defendant on the file sharing network. The old GUIDs were recovered in the forensic exam. The GUID's reveal that the defendant used the Shareaza program to download and view child pornography approximately forty times between October 24, 2014, and August 14, 2015.

The child pornography images downloaded by the defendant were shipped and transported in interstate commerce through the Gnutella peer-to-peer computer network.

**ELEMENTS**

Receipt of Child Pornography - 18 U.S.C. 2252A(a)(2)

(1) That the Defendant knowingly received an item or items of child pornography;

(2) That such items of child pornography had been shipped or transported in interstate or foreign commerce including by computer; and

(3) That at the time of such receipt the Defendant believed that such items contained child pornography.

CHRISTOPHER P. CANOVA
Acting United States Attorney

3-8-2016
Date

GARY MILLIGAN
District of Columbia
Bar No. 484813
Assistant United States Attorney
Northern District of Florida
111 N. Adams, Fourth Floor
Tallahassee, Florida 32301
850-942-8430
Gary.Milligan@usdoj.gov

3/8/16
Date

for
R. TIMOTHY JANSEN Ryan R. Davis
Attorney for Defendant

3/8/16
Date

JARED C. GALLUB
Defendant